AO 442 (Rev. 3/26/24) Arrest

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America

v.

)
)
)
)
)
)

Case No. 3-24-cr- 62-MMH-JBT

DEYVIS HERNANDEZ
*Defendant*

RCV USMS JACKSONVILLE
2024 MAR 27 PM 2:26

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*    Deyvis Hernandez

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy in violation of 18 U.S.C. § 371
Wire Fraud in violation of 18 U.S.C. § 1343

Date:    3/27/2024

_____
*Issuing officer's signature*

City and state:    Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/27/24 , and the person was arrested on *(date)* 4/11/24 |
| at *(city and state)* Jacksonville, FL . |

Date:    4/11/24

_____
*Arresting officer's signature*

Christopher Pellegrino, Senior Special Agent
*Printed name and title*